In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-192 CR


____________________



MICHAEL LYNN SCHOONOVER, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 75390






MEMORANDUM OPINION (1)


 We have before the Court a motion from the appellant, Michael Lynn Schoonover,
to withdraw his appeal pursuant to Tex. R. App. P. 42.2. A request to withdraw the
appeal is signed by appellant personally and attached to the motion that has been filed by
his attorney of record. No opinion has issued in this appeal.

 The motion is GRANTED and the appeal is therefore DISMISSED.

 PER CURIAM


Opinion Delivered August 26, 2004

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.